**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Theresa McAdam</u>

    v.                                    Civil No. 04-cv-472-PB

<u>Raymond Lorden</u>

**SCHEDULING ORDER**

Appellant's brief is due on July 8, 2005.  Appellee's brief is due on July 29, 2005.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:  June 23, 2005

cc:    Grenville Clark, III, Esq.
       Michael S. Askenaizer, Esq.
       US Bankruptcy Court-NH, Clerk
       Timothy P. Smith, Esq.